James C. WALTERS *v.* STATE of Arkansas

667 S.W.2d 959

Supreme Court of Arkansas
Opinion delivered May 7, 1984

*Dale Varner,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Dep. Atty. Gen., for appellee.

PER CURIAM. Petitioner James C. Walters, by his attorney, has filed a second motion for a rule on the clerk. His attorney, Dale Varner, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.